UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANDREW J. CHERRONE, JR., | ) |
|                Petitioner, | ) |
| | ) Case No. 2:13-cv-384-JMS-MJD |
| vs. | ) |
| | ) |
| SUPERINTENDENT, Wabash Valley | ) |
|  Correctional Facility. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. The action is dismissed for lack of jurisdiction insofar as petitioner Andrew Cherrone, Jr., presents an unauthorized renewed challenge to the prison disciplinary proceeding identified as No. ISP 11-05-0056 and is dismissed with prejudice insofar as Cherrone seeks habeas corpus relief based on the re-coding of his offense in ISP 11-05-0056 after this action was filed.

Date: 04/28/2014

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel

Andrew Cherrone, Jr., 994200
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN  47838